BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION RAISINS, INC., <br><br>      Plaintiff, <br><br>    vs. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; UNITED STATES DEPARTMENT OF JUSTICE, <br><br>      Defendants. | 1:09-cv-01900-LJO-SMS <br><br> **STIPULATION AND ORDER RE: TIME FOR FILING RESPONSE TO COMPLAINT** |

The parties, by and through their attorneys, stipulate and agree and request that the Court order that Defendants' answer to Plaintiff's Complaint for Declaratory and Injunctive Relief [Freedom of Information Act] shall be due on or before January 11, 2010.

                                    Respectfully submitted,

Dated: November 30, 2009.           BENJAMIN B. WAGNER
                                    United States Attorney


                                By: /s/ Benjamin E. Hall
                                    BENJAMIN E. HALL
                                    Assistant U.S. Attorney
                                    Attorneys for Defendants

```
Dated: November 24, 2009.           LION RAISINS, INC.
                                    (Per Authorization of 11/24/09)


                                By: /s/ Wesley T. Green
                                    WESLEY T. GREEN
                                    Attorney for Plaintiff
```

**ORDER**

**IT IS SO ORDERED.**

**Dated:     November 30, 2009              /s/ Sandra M. Snyder**
                                   **UNITED STATES MAGISTRATE JUDGE**