```
BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LION RAISINS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | 1:09-cv-01900-OWW-SMS <br><br> **DEFENDANTS' RESPONSE TO REQUEST FOR DISMISSAL AND ORDER** |

Defendants, United States Department of Agriculture ("USDA") and United States Department of Justice ("DOJ"), file this response to the Request for Dismissal (Doc. 18) filed by Plaintiff, Lion Raisins, Inc. ("Lion").  As Lion noted in its request, Lion has entered into a global settlement agreement under which the USDA's allegations against Lion, relating to forgery and alteration of USDA raisin inspection certificates, have been resolved.  The settlement agreement provides that "[u]pon execution of this Agreement, Lion agrees to dismiss, without prejudice, all pending administrative, state, and federal court litigation, including: . . . <u>Lion Raisins, Inc. v. USDA and</u>

1  DOJ, Case No. 1:09-CV-01900-OWW-SMS (E.D. Cal) . . .." The
2  settlement agreement contains no reservation or exception that
3  would allow Lion to seek only a partial dismissal and continue
4  this litigation against USDA components Office of Inspector
5  General and Office of General Counsel or against DOJ.
6  Accordingly, Defendants have notified Lion that its proposed
7  partial dismissal is improper and that the agreement requires a
8  complete dismissal of this action.  Lion has refused to stipulate
9  to a complete dismissal.
10      Defendants intend to file by July 23, 2010, their motion to
11 enforce the settlement agreement and to dismiss this action in
12 its entirety pursuant to the express terms of that agreement.
13 DEFENDANTS THEREFORE REQUEST that the Court vacate the hearing
14 and briefing schedule on summary judgment (Scheduling Conference
15 Order, Doc. 14) pending the Court's ruling on enforcement of the
16 settlement agreement.

                                   Respectfully submitted,

Dated: July 8, 2010.               BENJAMIN B. WAGNER
                                   United States Attorney

                              By:  /s/ Benjamin E. Hall
                                   BENJAMIN E. HALL
                                   Assistant U.S. Attorney
                                   Attorneys for Defendants

**ORDER**

    IT IS SO ORDERED.

Dated: July 8, 2010               /s/ OLIVER W. WANGER
                                  UNITED STATES DISTRICT JUDGE